**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYMOND LESTER SMITH,<br><br>Plaintiff<br><br>v.<br><br>AMIR KENNEDY and CHAPAR, LLC,<br><br>Defendants | Case No.: 2:21-cv-01526-APG-BNW<br><br>**Order Deeming Order to Show Cause Satisfied** |

    I ordered defendants Amir Kennedy and Chapar, LLC to show cause why this case should not be remanded to state court. ECF No. 9. Based on their response, I deem my order satisfied and I will not remand the case at this time. The parties remain required to prove diversity jurisdiction exists before judgment is entered.

    DATED this 20th day of August, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
